

**SIGNED THIS 20th day of January, 2022**

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

IN RE:    DAVID BARYE BRIGGMAN
          CASE NO. 18-50121

| | |
|---|---|
| DAVID BARYE BRIGGMAN,  ) | |
|     Plaintiff                ) | |
| ) | Adversarial Proceeding No. 21-05017 |
| v.                              ) | |
| ) | |
| HURSTON LAW OFFICES, PLLC, ) | |
|     Defendant.            ) | |

## **CONSENT ORDER**

THIS MATTER is before the Court on this date on the Complaint (Doc #1) filed by Plaintiff, David Barye Briggman ("Briggman") alleging the Hurston Law Offices, PLLC ("HLO") violated portions of the U.S. Bankruptcy Code by seeking to collect a discharged debt, Briggman's bankruptcy case having been reopened for purposes of this Complaint. Briggman also filed a Motion for Injunctive Relief and a Declaration in support thereof (Docs # 4, 6).

It appearing that the parties have reached an agreement by which Briggman will dismiss the Complaint and Motion for Injunctive Relief with prejudice, and the parties will knowingly,

1

willingly and voluntarily release, discharge and waive all rights, claims, lawsuits, liabilities, actions, disputes, causes of action, damages (including, but not limited to, liquidated damages, compensatory damages, or punitive damages, attorney's fees and litigation costs), demands, obligations to date, known or unknown (hereinafter the "rights and claims") each may have against the other, as well as all persons acting by, through or under the parties, which were or could have been asserted, as of the date of execution of this Consent Order.

The parties agree the above release is general and to be broadly construed as a release of all rights and claims; provided that notwithstanding the forgoing, this Consent Order expressly does not include a release of any rights and claims that cannot be released hereunder by law or under applicable public policy.

The parties agree that in the event either party attempts to file a lawsuit or demand asserting any of the rights and claims, said party shall pay to the opposing party such reasonable expenses incurred as a result of such breach, including but not limited to attorney's fees and expenses.

THEREFORE, having considered the matter and the agreements set forth above, it is hereby

ADJUDGED and ORDERED that this Consent Order shall be entered as judgment in this matter and dismiss the Complaint (Doc #1) and the Motion for Injunctive Relief (Doc #4) with prejudice.  The status hearing scheduled for January 20, 2022, at 2:00 pm is hereby cancelled and no further action shall be taken.

It is so ORDERED.

**END OF ORDER**

WE ASK FOR THIS:

_____
David Bayre Briggman
7556 Mountain Valley Road
Keezletown, VA 22832
Tel: 540-246-5252
briggman@gmail.com

/s/ Nicholas A. Hurston
_____
Nicholas A. Hurston (VSB #86717)
Hurston Law Offices, PLLC.
PO Box 246, Staunton, VA 24402
Tel: (540) 252-3484
Fax: (540) 675-4230
nickhurston@hurstonlaw.com
*Counsel for Defendant*